JOHN W. GEE, Respondent, *v.* WILLIS T. GRIDLEY, Appellant.

*Gee* v. *Gridley*, 53 App. Div. 649, affirmed.
(Argued December 10, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 30, 1900, affirming a judgment in favor of plaintiff · entered upon the report of a referee.

*David B. Hill* for appellant.

*William B. Crowley* for respondent.

Judgment affirmed, without costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON CULLEN and WERNER, JJ.

———

CHRISTOPHER RICHARDSON, Respondent, *v.* HENRY J. HINCK, et al., Defendants, and JOHN OSCAR ERCKENS, Appellant.

*Richardson* v. *Erckens*, 53 App. Div. 127, affirmed.
(Argued December 10, 1901; decided December 31, 1901.)

·APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 2, 1900, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Charles E. Hughes* and *Arthur C. Rounds* for appellant.

*Frank S. Black, T. B. Chancellor* and *Joseph N. Tuttle* for respondent.

Judgment affirmed, with costs, on prevailing opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.